UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>MARTIN MEDINA,<br><br>   Defendant. | Case No.  CR05-154L<br><br>ORDER GRANTING MOTION FOR INSPECTION OF PERSONNEL FILES OF LAW ENFORCEMENT |

This matter comes before the Court on defendant's "Motion for Inspection of Personnel Files of Law Enforcement" (Dkt. # 12).  Defendant requests that the government certify that it has reviewed the personnel files of law enforcement officers it intends to call at trial.  On May 27, 2005 the government filed a "Notice of Certification of Personnel Records," (Dkt. # 19), indicating that a review of the files revealed no impeachment evidence.

The motion is GRANTED.  Subject to the government's continuing obligation to disclose evidence under Brady v. Maryland, 373 U.S. 83 (1963), however, the government has satisfied its disclosure obligations.

DATED this 9th day of June, 2005.

_MWT S Lasnik_
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR
INSPECTION OF PERSONNEL FILES
OF LAW ENFORCEMENT - 1